[Civ. No. 8215.  Second Appellate District, Division Two.—January 22, 1932.]

J. W. STARKWEATHER, Respondent, v. F. J. EDDY, Appellant.

No appearance for Appellant.

C. C. Montgomery, Harry J. Miller and Harry Cogen for Respondent.

CRAIG, J.—The plaintiff and respondent moved to dismiss the appeal in the instant case upon the ground that

the same was not pursued in this court within the time prescribed by law.

Nothing more than the filing and serving of a notice of appeal appears to have been accomplished prior to expiration of the time for ordering a transcript. The motion to dismiss is not resisted, and since it falls squarely within the purview of *General Motors Acceptance Corp.* v. *Holman*, 63 Cal. App. 17 [217 Pac. 1086], said motion should be granted.

The appeal is dismissed.

Works, P. J., and Fricke, J., *pro tem.*, concurred.